JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

AUDELIA FERNANDEZ,

               Plaintiff,

         vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

           Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. EDCV 09-833-DTB

**J U D G M E N T**

_____

    In accordance with the Memorandum Opinion and Order filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: August 12, 2010

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1